THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR CASSATA, True Name ARTHUR CASSETA, Appellant.— Judgment of the County Court of Kings County, convicting the defendant of the crime of carrying a dangerous weapon, as a felony, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HENRY SHAPIRO and Others, Respondents, v. OKE OKESON, Appellant.— Action to recover damages for personal injuries and property damage. Order denying, on condition, defendant's motion to dismiss the complaint for lack of prosecution, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

EDWARD J. SIEGEL, Doing Business as METROPOLITAN BUILDERS SUPPLY Co., Appellant, v. TRUMP-FARRAGUT CORP., and FRED C. TRUMP and Others, Individually and as Partners, Doing Business under the Firm Name and Style of TRUMP CONSTRUCTION Co., Respondents, and RUSSELL CARRIER, Defendant.— In an action to foreclose a mechanic's lien, and for other relief, judgment, in so far as appealed from, dismissing plaintiff's complaint on the merits as against respondents Trump-Farragut Corp. and Trump Construction Co., unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

KATHERINE WALTER, Respondent, v. TESSIE LAURINO and Others, Defendants, and ANGELO LAURINO, Appellant.— In an action to foreclose a mortgage on real property, the separate defense is that the appellant's co-owner of the fee, and the mortgagee, conspired to foreclose the mortgage for the purpose of wiping out the appellant's interest. Order granting plaintiff's motion for summary judgment, and the judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.